# E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA. 94142
Plaintiff,

vs.

Asian American Recovery Services
1115 Mission Road
South San Francisco, CA. 94080
Defendant(s).

CV 08 0944

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

   Address **P.O. Box 424886**

   City, State & Zip Code **San Francisco, CA. 94142**

   Phone **415) 336-3547**

2. Defendant is located at:

   Address **1115 Mission Road**

   City, State & Zip Code **South San Francisco, CA. 94080**

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)   - 1 -

SOCAL AUTHORIZATION CENTER  U051893
PO BOX 19007
SAN BERNARDINO  CA  92423-9007

PERIOD ENDING  U22338440
                              90-1342
                               1211
4048    11-03-07
        DATE ISSUED    827

STATE OF CALIFORNIA
BILL LOCKYER, TREASURER

09-02-07  A    11-07-07         PAY    $**516.00**
EMPLOYMENT DEVELOPMENT DEPARTMENT  ONLY
VOID IF OVER $900, OR IF NOT CASHED
WITHIN 1 YEAR FROM DATE ISSUED

PAY TO
THE ORDER OF:   **FIVE HUNDRED SIXTEEN DOLLARS***********************

ROCIO EVANS
PO BOX 424886
SAN FRANCISCO  CA  94142

                                        DIRECTOR
                        UNEMPLOYMENT INSURANCE ACCOUNT

⑈08272⑈ ⑆121113423⑆ 22338440⑈

THE BACK OF THIS DOCUMENT CONTAINS A SECURITY MARK.   HOLD AT AN ANGLE TO VIEW.

DETACH THIS STUB FOR YOUR RECORD

ALLOW 10 DAYS FOR DELIVERY OF CHECK

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4322.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

51893       R. EVANS       SSA# 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 / WEEK PAID
            CLAIM EXPIRES    10-27-07   $258.00
            08-30-08         11-03-07   $258.00

22338440

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane R. Evans<br>P. O. Box #424886<br>San Francisco, CA 94142 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is  
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2007-01686 | **Linda A. Scanlan,** Investigator | (415) 625-5672 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination t charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be ava interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is m any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent( federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of you **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state c be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violation alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years ( before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*   01/09/08

Enclosures(s)   **Michael A. Baldonado,**   *(Date Mailed)*
**Acting Director**

cc: Mary Cheung  
Director of Human Resources  
ASIAN AMERICAN RECOVERY SRVCS, INC.  
1115 Mission Road  
South San Francisco, CA 94080

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

San Francisco Federal Court

February 14, 2008

Jane Rocio Evans vs. Asian American Recovery Services

I am claiming intentional racial and income discrimination on the part of Defendant. Defendant's Supervisor, De Lynda De Leon intentionally misrepresented facts and told me during initial Salary Negotiations in February 2007 that she could not 'pay me for being bilingual Spanish speaking, because no one here is getting paid for this." I thus accepted the job offer as a Senior Counselor I, without informed consent, not knowing until months later from witness Jose Arinez, that he was being paid for being bilingual Spanish Speaking. During my job interview, Ms. De Leon also asked Mr. Arinez to interview me in Spanish in order to test my Spanish Speaking ability. Ms. De Leon never gave me business cards with my Title of Senior Counselor I, which is the position I applied for, even though I filled out a businesses card request form and I asked her for these cards. She told me that no one had gotten his or her business cards made at the time, including Defendant's Manager Trevor Graham. I am requesting that these comments be investigated. I used my Spanish frequently and I did extra case management in the PAES program, for which I was never paid for. As Senior I Counselor, I coordinated or acted as a liaison between the monolingual Spanish Speaking clients and the English speaking co-workers, and this Senior Counselor I title was never acknowledged by Defendant. I have two documents as evidence to verify this. One document is a list of the names and titles of employees at Defendant's program I was in. My Senior Counselor I title is missing, only Senior Counselor, the title given to Counselors who are not bilingual, is written. In addition, my Marriage Family Therapist title is also missing, even though I gave a copy of my MFT professional license to Doris Lan, Hr Personnel in February 2007, in front of witness Arthur, who was a co-worker. Further discrimination occurs with this document, as Caucasian co-worker Jessica Katzman's professional Title is acknowledged in this document, that of psychologist. Legally Ms. Katzman's title and my title are professionally equivalent. The Board of Psychology and the Board of Behavioral Sciences can verify this. I will be submitting website records of both Ms. Katzman's and my Title in order to verify this.

    Another piece of evidence to verify this occurs in the form of an e-mail sent by Defendant's Manager Trevor Graham. In this e-mail, he states that all of the Counselor's Titles are equivalent, even though I was hired for Senior Counselor I. He is thus intentionally not acknowledging my Spanish speaking ability or my role of coordinator for these clients and thus this additional program. This is overt racial discrimination, as Mr. Graham is Caucasian and I am Mexican. He also intentionally fails to acknowledge my professional Title of MFT in this e-mail, as that also distinguished me from the other Counselors, as most of them, except for Ms. Katzman, are unlicensed. Since Ms. Katzman and I are both female, the variable here is gender discrimination. Mr. Graham is gender discriminating towards both Ms. Katzman and me in this e-mail.

*Jane Rocio Evans, MFT* (signature)

February 14, 2008, Page 2

Letter to Superior Court
Jane Rocio Evans vs. Asian American recovery Services

      During a staff meeting with both Asian American Recovery Services PAES program staff present and RAMS company Executive Director Kavoos Bassiri, Mr. Bassiri informed Defendant's Mangers that an MFT is always given the professional title of Therapist in an organization, never that of Counselor. There are thus many witnesses for this. Thus this is proof that Defendant Intentionally continued to refuse to acknowledge my MFT Title. Therapist title gets put in a higher salary grade and is paid a significantly higher salary that Counselor, sometimes around $15,000 more, due to the extensive amount of additional training and the passing of a State Licensing exam that is involved. Ms. De Leon stated to me during a meeting," Your License validates the funding here." Thus I am claiming that I was intentionally, after this meeting, not taken out of the incorrect salary grade and given the correct salary amount. Defendant's company acknowledges title of Therapist in another one of its programs and has a significantly higher salary for this Title. A Caucasian co-worker was hired for this position. I am requesting and insisting on seeing the paycheck records of how much she was paid. She communicated to me during a staff meeting that she was professionally unlicensed, an Intern, at the time. I am claiming severe salary Discrimination regarding my Professional Title.
      I am also claiming that slander and defamation of my professional reputation occurred. I applied for the Therapist position at Defendant's company, and was never granted an interview. The supervisor of this company never called me in to interview me for this position. I am claiming as probable cause that Defendant's Managers had defamed my professional reputation.
      I am claiming harm caused in the form of my having lost my home, due to my being unable to pay my rent due to unemployment, my having gone hungry doing several occasions, my not having adequate clothing for the rain and cold, my having suffered insomnia and depression due to not having being hired by RAMS company, as Defendant slandered and defamed my professional reputation to RAMS Manager Bassiri. Mr. Bassiri communicated to me that he was not hiring me due to 'your personality.... You are nonassertive in treatment groups." Asian immigrant co-worker Kamtha communicated to me that Caucasian co-workers Carrie and Jessica had said that he was 'not assertive in treatment groups." Kamtha thus forms the racially discriminatory set for the intentional slander and defamation of professional reputation by these Caucasian co-workers. Defendant's Mangers, Ms. De Leon, Mr. Liss and Manager Daniel grossly neglected to do their legal duty by not calling for a civil rights investigation from the HR Director regarding the racial harassment of these co-workers. They were all informed in meetings of the concerns I had of these co-workers. At a meeting with Manger Daniel, I communicated to him that "Mr. Graham is misrepresenting my concerns to you.' Daniel never called for an HR investigation of Mr. Graham. Ms. De Leon never called for an HR investigation of the racial harassment of co-workers. There is an e-mail in which Mr.

*Jane Rocio Evans, MFT*

Graham asks Ms. De Leon for guidance on how to proceed regarding this matter. Ms. De Leon never asked HR director to investigate at this time.

Respectfully,

*Jane Rocio Evans, MFT*
Jane Rocio Evans, MFT

*Page 3
Feb 4
to Superior Court of
California,
San Francisco
Evans vs. AARS.*

**J. Rocio Evans, MFT**
**License Number: 40689**
*Resume*

**Personal**

    P.O. Box 424886
    San Francisco, CA 94142
    Cell phone 415) 336-3547
    E-mail: rocioevans@yahoo.com

**Relevant Skills**

    Creative thinker, capable of finding innovative angles, perspectives and approaches to issues. Expresses thought provoking ideas beautifully and articulately. Insightful and perceptive, brings qualities of keen awareness and practicality to work. Natural authority, comfortable initiating action and motivating others. Ability to accept responsibility, sensitivity to needs of others.

**Education**

| | |
|---|---|
| November 1995 | Master of Arts, Counseling Psychology<br>Lesley College<br>Cambridge, Massachusetts |
| May 1993 | Bachelor of Arts<br>Major, Women's Studies, Graduated with Distinction<br>Major, Psychology<br>San Diego State University |
| December 1999 | Certificate in Expressive Arts Therapies<br>John F. Kennedy University<br>Completed courses in Sandtray/Sandplay<br>Mask Making, Poetry Therapy |
| November 2006 | Completed courses in Play Therapy<br>University of California, San Diego Extension Studies<br>Play Diagnosis, Toys and their uses<br>Nondirective Play Therapy, Filial Therapy<br>Psychodynamic Play Therapy |

**Foreign Language**

    Bilingual/Bicultural in Spanish/English

**Professional Experiences**

February 2007-
June 2007

>Senior Counselor I, Personal Assisted Employment Services Program
>Asian American Recovery Services, San Francisco
>Responsible for conducting Mental Health Assessments with welfare to work clients. Facilitated group therapy, including women's therapy group. Experience with DSM-IV Diagnosing, Treatment Plan formulation. Responsible for program for Spanish Speaking clients, including case management, facilitating individual therapy with monolingual Spanish Speaking adult clients.
>Responsible for filing Child Abuse Protective Services reports.
>Responsible for completing adult Medi-Cal Billing.

May 2006-
September 2006

>Mental Health Rehabilitation Specialist, Baker Places, Inc. San Francisco
>Responsible for clinical treatment of dual diagnosis adults in Mental Health Residential Treatment program. Worked largely with homeless population. Facilitated group therapy on grief and loss, art therapy, Cultural identity/self-esteem. Completed Treatment Plans, worked with multi-disciplinary team. Case management, suicide risk, assessment and prevention. Facilitated individual therapy using cognitive and behavioral therapy modalities.

November 2004-
August 2005

>Dual Diagnosis Therapist, Walden House, San Francisco
>Facilitated individual and family therapy for dually diagnosed adults, in a Mental Health Residential Treatment program. Facilitated bonding group for parents and their children, managed student trainees in Bonding Therapy group. Facilitated Domestic Violence support group for women. Applied principles of Dialectical Behavior Therapy and Cognitive behavior therapy with clients. Facilitated family therapy. Worked as member of multi-disciplinary team in Therapeutic Community. Responsible for adult Medi-Cal documentation and Billing. Diagnosed from the DSM-IV, completed Treatment Plans. Responsible for Mental Health Assessment and referrals. Responsible for risk assessment, crisis management and intervention, suicide assessment of clients. Responsible for filing CPS reports. Successfully completed 5150 training.

WALDEN HOUSE, INC.
## EMPLOYEE PERFORMANCE EVALUATION

EVALUATION DATE: 3/16/05        EMPLOYEE NAME: Rocio Evans

HIRE DATE: 12-4-03              POSITION: M.H. Therapist

SECTION 1 – GENERAL PERFORMANCE RATING:
1 = POOR   2 = SUBSTANDARD   3 = STANDARD   4 = ABOVE AVERAGE   5 = SUPERIOR

| AREA | 1 | 2 | 3 | 4 | 5 | NOT APPLICABLE |
|---|---|---|---|---|---|---|
| **QUALITY OF WORK** Performance in meeting established standards accurately and effectively. | | | | | ✓ | |
| **QUANTITY OF WORK** Output of satisfactory work, efforts to improve effectiveness/efficiency. | | | | | ✓ | |
| **JOB KNOWLEDGE** Adequacy of all aspects of job and related self-development. | | | | ✓ | | |
| **INITIATIVE** Ability to work without supervision; resourcefulness. | | | | | ✓ | |
| **WORK ATTITUDE** Enthusiasm and interest in work. | | | | | ✓ | |
| **COOPERATION AND TEAM SPIRIT** Ability to work in harmony and effect on agency morale. | | | | | ✓ | |
| **ATTENDANCE** Regularity of attendance and punctuality. | | | | | ✓ | |
| **DEPENDABILITY** Acceptance of responsibility, follow through of assigned tasks. | | | | | ✓ | |
| **JUDGMENT** Correctness of decisions and logic; exercising discretion. | | | | ✓ | | |
| **LEARNING ABILITY** Speed and thoroughness of familiarizing, learning new tasks. | | | | | ✓ | |
| **WORK HABITS** Organization, thoroughness, timeliness and neatness. | | | ✓ | | | |
| **LEADERSHIP AND MANAGEMENT** (If applicable) Ability to guide and direct subordinates and manage resources. | | | | | | NA |
| TOTAL checks in each column: | | | 1 | 2 | 8 | Do not count checks in this column |
| Multiply score for each column: | X1 | X2 | X3 | X4 | X5 | |
| TOTAL ratings for each column and add them up: | | | 3 | 8 | 40 | Total → 49 |

Divided by the number of checks: 11

Total score: 4.45

## SECTION 2 – NARRATIVE

A. GENERAL COMMENTS: Rocio is an exceptional staff member who has been able to come to clinical tasks & training, and effectiveness that has helped build a stronger Mental Health team.

B. SUCCESS IN FOLLOWING MONTHLY PROGRESS REPORT RECOMMENDATIONS: Rocio responds effectively and promptly.

C. OVERALL EMPLOYEE GROWTH AND STRENGTHS: learning more about Health Education & this population. Being able to facilitate 2 very needed support therapy groups.

D. AREAS NEEDING IMPROVEMENT: learning to "speak up more" and give voice to your experience and specialty clinical skills.

E. FURTHER TRAINING REQUIREMENTS: Continue as career needs warrant.

## SECTION 3 – EMPLOYEE RESPONSE

This evaluation has been reviewed and discussed with me. I understand the ratings, and I understand that I need not necessarily agree or disagree. My comments are as follows:

I appreciate Frank Gler's efforts to support my growth and progress in Walden House.

| EMPLOYEE SIGNATURE: | Rocio Salome, MFT | DATE: 3-16-05 |
| SUPERVISOR SIGNATURE: | Frank C. Gler PhD | DATE: 3/16/05 |

**RAVENSWOOD CITY SCHOOL DISTRICT**

Mailing Address: 2120 Euclid Avenue, East Palo Alto, CA 94303
Phone #: (650) 329-2800 – Fax #: (650) 323-1072
**Substitute Line - Phone #: (650) 323-9418**

15 June 2007

To Whom It May Concern:

    I am writing this letter in order to provide a reference for Ms. Rocio Evans, M.A., MFT, who is currently seeking employment as a licensed Marriage and Family Therapist with your organization. I have known Ms. Evans for about seven years now, having first worked with her as a bilingual and group therapist from early 2000 until the end of 2002. During the time I was employed as a licensed MFT at the Spring Valley branch of Family Health Centers of San Diego (FHC), and was introduced to Ms. Evans, an MFT intern at that time, in the context of group supervision and regularly scheduled staff meetings in the organization. I have actively cooperated with Rocio in the preparation of her licensing exams during that time, as well as during clinical consultations for specific cases that she was assigned to during those years.

    In this context, I have been able to form a thoroughly positive impression about the qualities of Ms. Evans' clinical skills as both a group and individual therapist. I have further been able to witness her many apparent personal as well as interpersonal skills, during multiple staff and supervision meetings and case consultations, where she often served as a team leader and resource therapist with specific areas of expertise beyond the scope of other therapists of similar training. These included Rocio's ability to provide therapy and groups in Spanish to our many bilingual clients, as well as conduct both trainings and therapy sessions also involving Sandtray therapy, which she diligently pursued as one of her therapeutic specializations through additional coursework and supervision.

    Through her clinical skills and respectful manner, as well as her friendliness and manifest personal skills, Ms. Evans finds it easy to relate to and build rapport with both her coworkers and the clients whom she serves as a licensed bilingual therapist. During her time at FHC, I have known Rocio to always being active and highly productive, in regard to both the quantity of her caseload in individual and group therapy, as well as in the high quality and ethical, effective delivery of therapeutic services and interventions. Ms. Evans has consistently been known to being able to provide the most appropriate services for her clients and groups, and serve both our English-only and bilingual clients at FHC in a professional manner throughout her tenure at that organization.

    I was always aware that Rocio Evans performed as an effective team player at FHC, maintaining appropriate friendships and cordial relations with her fellow interns, staff, and employees. Among her peers, she was frequently sought out as a respected voice in personal and professional matters, providing a focal point for an intern group that was generally characterized by a supportive and helpful atmosphere. Ms. Evans's work and good standing at Family Health Centers of San Diego was distinguished further through a generous grant she received from the organization, allowing her to provide therapeutic materials and support for her training in Sandtray Therapy, including a specialized conference in Portland, OR, which overall constituted a highly unusual

```
Name: Rosio Evans                    Social Security #: 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        Student ID: 6043
EMC 113
1071 6th Ave                          Place of Birth: Mexico City
San Diego, CA  92101-5259
Program: Lewitt Gate Un                           Program:
         Critical Arts
Emphasis:                                         Emphasis:
==================================================================================

----------------- Transfer Credits -----------------
9A  San Diego State University  5/1993
     0.00    0.00    0.00    0.00    0.00   0.000
10  Lesley College  1/1995
     0.00    0.00    0.00    0.00    0.00   0.000

        attempt   earn   pass  quality  points   gpa
ses      0.00     0.00   0.00    0.00    0.00   0.000
cum      0.00     0.00   0.00    0.00    0.00   0.000

----------------- Spring Quarter 1997 -----------------
PO5565     Ethics and the Law                     3.00  W
PSY5740    Theory and Practice of                 3.00  CR
           Expressive Arts Camps
PSY9004    Human Sexuality Workshop               0.00  CR

        attempt   earn   pass  quality  points   gpa
ses      3.00     3.00   3.00    0.00    0.00   0.000
cum      3.00     3.00   3.00    0.00    0.00   0.000

----------------- Spring Quarter 1998 -----------------
PSY5156    Systemic Theory and Family             3.00  CR
           Therapy A
PSY5760    Expressive Arts Therapy:               3.00  CR
           The Creative Process
PSY9000    Child Abuse Assessment,                0.00  CR
           Reporting and Treatment

        attempt   earn   pass  quality  points   gpa
ses      6.00     6.00   6.00    0.00    0.00   0.000
cum     12.00     9.00   9.00    0.00    0.00   0.000

----------------- Summer Quarter 1998 -----------------
PSY5157    Systemic Theory and Family             3.00  CR
           Therapy B
PSY5179    Basic Addiction Studies                3.00  CR
PSY5764    Seminar in Expressive                  2.00  CR
           Arts Therapy:
           Poetry Therapy

        attempt   earn   pass  quality  points   gpa
ses      8.00     8.00   8.00    0.00    0.00   0.000
cum     20.00    17.00  17.00    0.00    0.00   0.000

----------------- Fall Quarter 1998 -----------------
PSY5158    Special Issues in Family               3.00  CR
           Development:
           Structural Perspective
PSY5305    Child and Adolescent Treatment         3.00  CR
PSY5764    Seminar in Expressive                  1.00  CR
           Arts Therapy:
           Mask Making

        attempt   earn   pass  quality  points   gpa
ses      7.00     7.00   7.00    0.00    0.00   0.000
cum     27.00    24.00  24.00    0.00    0.00   0.000

----------------- Winter Quarter 1999 -----------------
PSY5247    Clinical Case Seminar:                 3.00  CR
PSY5302    Sand Tray and Sandplay Therapy         2.00  CR
PSY5635    Ethics and the Law                     3.00  A+
PSY9050    Certificate Field Placement:           0.00  NC
           Expressive Arts Therapy

        attempt   earn   pass  quality  points   gpa
ses      8.00     8.00   5.00    3.00   12.00   4.000
cum     35.00    32.00  29.00    3.00   12.00   4.000
```

_Sandra L. Lee_ 09/10/99
Office of the Registrar

**LESLEY**
Cambridge, Massachusetts 02138-2790

06/27/96    Ms. Rocio Evans
21 Hews, Apt. 3
Cambridge, MA 02139

PAGE 1 OF 1

STUDENT NUMBER: 0193850    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

DATE ADMITTED: 93/U1

DEGREE: MAC    Master of Arts in Counseling Psychology    REQUIREMENTS COMPLETED: 06/19/95    CONFERRED: 11/17/95
PROGRAM: LM    Graduate School of Arts & Social Sciences Master
LOCATION: MC    Main Campus
MAJOR: 3600    Counseling Psychology

MINOR:

SPECIALIZATION:

CERTIFICATION:

SECONDARY SCHOOL:
GRADUATION YEAR:

UNDERGRADUATE INSTITUTION: SAN DIEGO STATE UNIVERSITY
DEGREE CONFERRED: Bachelor of Arts
DATE CONFERRED:    5/93

| TERM | COURSE NUMBER | COURSE TITLE | CREDITS | GRADE |
|---|---|---|---|---|
| | | ACADEMIC YEAR 1992-93 | | |
| 93/U1 | GPSYC 6200 01 | Orientation/Professional Psychology | 2.00 | P |
| | | ACADEMIC YEAR 1993-94 | | |
| 93/FA | GPSYC 6026 03 | Developmental Psychology Across the Lifespan | 3.00 | A- |
| 93/FA | GPSYC 6027 04 | Clinical Skills and the Counseling Process | 3.00 | P |
| 93/FA | GPSYC 6201 01 | Issues and Standards in Professional Psychology | 3.00 | A- |
| 93/FA | GPSYC 6300 01 | Theories of Holistic Counseling and Psychotherapy I | 3.00 | A |
| 94/SP | GPSYC 6007 J1 | Psychopathology | 3.00 | B |
| 94/SP | GPSYC 6015 03 | Group Dynamics | 3.00 | P |
| 94/SP | GPSYC 6301 01 | Theories of Holistic Counseling and Psychotherapy II | 3.00 | A |
| 94/SP | GPSYC 6305 01 | Counseling and Spirituality | 3.00 | A |
| | | ACADEMIC YEAR 1994-95 | | |
| 94/FA | GEXTH 6302 01 | Training Workshop in Psychodrama | 3.00 | P |
| 94/FA | GPSYC 6029 01 | Vocational Development and Career Counseling | 3.00 | B+ |
| 94/FA | GPSYC 6101 01 | Research Design & Program Evaluation | 3.00 | A- |
| 94/FA | GPSYC 7710 09 | Clinical Practice & Supervision I: Clinical Setting | 3.00 | P |
| 95/SP | GPSYC 7100 01 | Biological Bases of Behavior | 3.00 | B |
| 95/SP | GPSYC 6030 02 | Gender, Race & Ethnicity in Counseling | 3.00 | A |
| 95/SP | GPSYC 6205 01 | Assessments for Counseling and Psychology: Adults | 3.00 | A |
| 95/SP | GPSYC 6211 01 | Professional Integrative Seminar | 1.00 | P |
| 95/SP | GPSYC 7711 09 | Clinical Practice & Supervision II: Clinical Setting | 3.00 | P |

CUMULATIVE CREDIT:    CRED ATT    51.00    CRED CMPLT    51.00    CRED CALC    33.00    GRADE PTS    121.20    GPA    3.67

END OF TRANSCRIPT

# HI.San Francisco F W

Building 240, Fort Mason
San Francisco, CA 94123
T (415) 771-7277 / F (415) 771-1468
sfhostel@norcalhostels.org

Page 1 of 1

Rocio Evans/1f
CA
California

| Room | Folio | CheckIn | CheckOut | Balance |
|---|---|---|---|---|
| 1801 | 173745 | 02/01/2008 | 02/05/2008 | -48.00 |
| Master Folio | | Weekday: 24.00 | Weekend: 24.00 | |

| Date | Room | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 02/01/2008 | 1801 | Deposit Used - From Conf #: 113924 | 0.00 | 24.00 | -24.00 |
| 02/01/2008 | 1801 | Cash Payment | 0.00 | 72.00 | -96.00 |
| 02/01/2008 | 1801 | Room Non-Taxable | 24.00 | 0.00 | -72.00 |
| 02/02/2008 | 1801 | Room Non-Taxable | 24.00 | 0.00 | -48.00 |

HOSTELLING INTERNATIONAL
FEB 0 2 2008
SAN FRANCISCO
FISHERMAN'S WHARF

GS
02/03/2008   08:47 AM

*Thank you for staying with us!*