FILED
FEB 14
RICHARD W.
U.S. DISTRICT
COURT
CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA. 94142
                                    Plaintiff,

CASE NO. CV 08 0944 EMC

vs.

Asian American Recovery
Services
1115 Mission Road
South San Francisco, CA 94080
                                    Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Jane Rocio Evans, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _Last employed on June 29, 2007 at Asian American_
3  _Recovery Services Company. Net Salary: around $2,789.51/,_
4  _Gross Salary: Around $3,685.38 ant monthly_   Monthly.
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or                Yes ✓  No ___
8            self employment?
9       b.   Income from stocks, bonds,             Yes ___ No ✓
10           or royalties?
11      c.   Rent payments?                         Yes ___ No ✓
12      d.   Pensions, annuities, or                Yes ___ No ✓
13           life insurance payments?
14      e.   Federal or State welfare payments,     Yes ✓  No ___
15           Social Security or other govern-
16           ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _I recived Food Stamp EBT Benefit starting July 2007 – Nov 2007,_
20  _monthly amount, around $146.00. I currntly receive $516 every 2 weeks_
21  _from Employment Development Department. I received about $7,200.00_
21  3.   Are you married?                           Yes ___ No ✓   _from EDD in_
22  Spouse's Full Name: _____                _2007, about_
23  Spouse's Place of Employment: _____                _$15,052_
24  Spouse's Monthly Salary, Wages or Income:                          _in_
                                                                       _wages/_
25  Gross $_____ Net $_____                  _salary._
                                                                       _totaling_
26  4.   a.   List amount you contribute to your spouse's support:$ _____   _$_
                                                                       _22,250.00_
27       b.   List the persons other than your spouse who are dependent upon you for support  _income_
28            and indicate how much you contribute toward their support.  (NOTE: For minor    _for_
                                                                                              _2007._

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____ Not Applicable.
3  _____
4  5.  Do you own or are you buying a home?    Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?    Yes ___ No ✓
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Union Bank of California,
12 400 California St. San Francisco, CA.
13 Present balance(s): $ _____
14 Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No ✓
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ Around $820   Utilities: None, included in rent
20 Food: $ 200   Clothing: $30
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 None                     $ _____             $ _____
24 _____               $ _____             $ _____
25 _____               $ _____             $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 I owe a student loan to Sallie Mae Company, which is
   in Economic Hardship Deferment - owe about $70,000 in
   student loans.

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-14-08                    Jane Rocio Evans, MFT
DATE                       SIGNATURE OF APPLICANT

- 4 -