March 20, 2008

To ~~Superior~~ District Court of California
San Francisco, California

Regarding Jane Rocio Evans vs. Asian American Recovery Services, Inc.
Case Number: 3:08-cv-00944 EMC

   I am respectfully requesting that I be appointed an attorney or Public defender by this Court concerning my case with Asian American Recovery Services. This is a civil rights violations matter, which merits the Court using their resources in this service. While at this company, I was responsible for coordinating the Spanish Speaking program. I spoke with monolingual Spanish Speaking clients on a frequent basis, including speaking with their family members. I facilitated individual therapy with these clients in Spanish, as I am Bilingual/Bicultural Spanish speaking.

  While at this company, I witnessed racial discrimination of these clients by co-workers and by my clinical Supervisor, Trevor Graham. Mr. Graham clinically diagnosed one of these Mexican clients as" schizophrenic," when he had never met with this client. Mr. Graham also does not speak Spanish and is not Bicultural in the Latino and American culture. When I engaged in protected activity and advocated for these clients, by complaining to another Supervisor, De Lynda De Leon and by complaining to Human Services Director Mary Cheung about these matters, stating that this was the incorrect diagnosis for this client, given my expertise as a Licensed Marriage, Family Therapist, see printout of License attached with this letter, I was given a poor performance evaluation. I was also severely harassed by Mr. Graham, in Retaliaiton, for complaining about him, who in a racially discriminatory manner, stated that my assessment and diagnosis of the so-called 'schizophrenic' Mexican immigrant client was 'incompetent.'' Mr. Graham continued to attack my competency, not because I was doing a bad job with this, but because he was racially discriminating towards me. I am claiming that his motivation for giving me a poor employment evaluation and for criticizing my professional competency was to get me Terminated from my employment.

  Another Supervisor, Robert, also recommended that I be Terminated from my employment position at this company, only a few weeks after I started work there, in February 2007. Ms. De Leon communicated to me Supervisor Robert's recommendation and I also communicated how appalled I was concerning this during lunch to one of the co-workers there. She is an important witness to this.

  I have a letter regarding this company from the Equal Employment Opportunity Commission. Their input and assessments is important to this case, and to my understanding, gives feedback on how this case merits an attorney being assigned to it.

  In addition, I was not intentionally paid for being Bilingual/Bicultural. Ms. De Leon intentionally misrepresented facts during Salary Negotiations and communicated to me that" no one was being paid for being bilingual."

*Jane Rocio Evans, MFT*

Much later I found out from PAES employer Jose Arinez that he was being paid for being a Bilingual/Bicultural Case manager. Mr. Arinez also interviewed me in Spanish during the interview with Ms. De Leon. She asked him to. I was thus definitely hired for my ability to be fluent in the Spanish language.

Page 2, March 20, 2008. Letter to Superior Court of California. Regarding: Jane Rocco Evans vs. Asian American Recovery Services Case Number: 3:08-cv-00944 EMC

I have been unemployed as of June 29, 2007. Asian American Recovery Services lost their funding at around this time and gave me a Lay off letter stating that in this program, all their employees were going to be laid off at the end of June 2007.

I have been experiencing severe economic hardship since that time, not having enough money to afford a MUNI Bus pass, walking for miles, going for days hungry at times, not being able to afford boots for the rain or a coat for the cold. Thus I have suffered serious harm from racial discrimination from this company.

Supervisor De Lynda De Leon and most likely Trevor Graham also broke my Confidential so that I was not hired again by RAMS Company. Caucasian co-worker Bruce was treated better or differentially in this regard than me, as he was recommended for hiring by Ms. De Leon. He often played a solitaire computer game on the computer while I was working. In addition, this company, for not cleaning the coffee pot, falsely accused me of Fraud. I communicated that I understood that the Billing was not associated with cleaning coffee pots and that once this job duty had been communicated to me, I was responsible in carrying it out. I was also not given a professional reference for my next employment position, neither by Mr. Graham, since his objectivity concerning my performance t was clouded by his racial discrimination, nor by Ms. De Leon, who communicated to me: "When you go against Trevor, you go against me,' for my engaging in protected activity and complaining about Mr. Graham to the Human Resource Director, Mary Cheung.

I thus have not been able to afford an attorney and have not been in the economic position to hire an attorney for this case. However, I have consulted on several occasions with attorneys at East Bay Legal Aid services regarding this case and have taken it seriously, also consulting with the San Francisco EEOC about this and following up with filing an EEOC Charge.

Please respond in writing whether an attorney will be granted or not by this Court. I would greatly appreciate this. I can be reached at: P.O. Box 424886, san Francisco, CA 94142. E-mail: rocioevans@yahoo.com.

Respectfully,

*Jane Rocio Evans, MFT*
Jane Rocio Evans, Licensed Marriage, Family Therapist

# Board of Behavioral Sciences

1625 North Market Boulevard, Suite S 200
Sacramento, CA 95834
Main Line Phone Number: (916) 574-7830

## Licensee Information

| | |
|---|---|
| Licensee Name: | EVANS ROCIO |
| License Type: | MARRIAGE AND FAMILY THERAPIST |
| License Number: | 40689 |
| License Status: | CLEAR Definition |
| Expiration Date: | May 31, 2008 |
| Issue Date: | June 07, 2004 |
| Address: | PO BOX 424886 |
| City: | SAN FRANCISCO |
| State: | CA |
| Zip: | 94142 |
| County: | SAN FRANCISCO |
| Actions: | No |

## Related Licenses/Registrations/Permits

| Number | Name | Type | Status | Actions |
|---|---|---|---|---|
| 35837 | EVANS ROCIO | INTERN - MARRIAGE AND FAMILY THERAPIST | CANCELLED | No |

## Public Disclosure

No information available from this agency

**This information is updated Monday through Friday - Last updated: MAR-19-2008**

> *All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at <u>California Department of Consumer Affairs' Disclaimer Information and Use Information.</u>*

Back