

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS,<br><br>Plaintiff,<br><br>v.<br><br>ASIAN AMERICAN RECOVERY SERVICES,<br><br>Defendant._____/ | Case No. C08-0944 EMC |

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3-22-08

Signature: Jane Rocio Evans, MFT
Counsel for "pro se"
(Name of party or indicate "pro se")