AO 440 (Rev. 10/93) Summons in a Civil Action

# `United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

Jane Rocio Evans

CASE NUMBER:  08-944 MMC

**V.**

Asian American Recovery Services

TO:

Asian American Recovery Services
1115 Mission Road
South San Francisco, CA   94080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA   94142

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

04-15-08

DATE

Alfred Amistoso

(BY) DEPUTY CLERK