Brad Yamauchi, SBN 73245
Nina Paul, SBN 249954
MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
E-mail byamauchi@minamitamaki.com
       npaul@minamitamaki.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROCIO EVANS,<br><br>        Plaintiff,<br><br>vs.<br><br>ASIAN AMERICAN RECOVERY SERVICES,<br>        Defendant. | Case No. CV-08-0944<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE PARTY:**

PLEASE TAKE NOTICE that Brad Yamauchi and Nina Paul of the law firm Minami Tamaki LLP hereby appear as counsel for Defendant Asian American Recovery Services in this action and respectfully request that all pleadings and other documents be served upon Minami Tamaki LLP, as identified below:

Brad Yamauchi, Esq.
Minami Tamaki LLP
360 Post St., 8th Fl.
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
E-mail: byamauchi@minamitamaki.com

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

NOTICE OF APPEARANCE OF COUNSEL

1  Dated this 16th day of May, 2008.

2                                             Respectfully submitted,

3                                             MINAMI TAMAKI LLP

4

5                                             By: *Nina Paul*

6                                                  Nina Paul

7                                             Attorney for Defendant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887