1  Brad Yamauchi, SBN 73245
   Nina Paul, SBN 249954
2  MINAMI TAMAKI, LLP
   360 Post Street, 8th Floor
3  San Francisco, CA 94108
   Tel. (415) 788-9000
4  Fax (415) 398-3887
   E-mail byamauchi@minamitamaki.com
5         npaul@minamitamaki.com

6  Attorneys for Defendant

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 JANE ROCIO EVANS,                ) Case No. CV-08-0944
                                    )
13         Plaintiff,                )
                                    )
14    vs.                            ) **CERTIFICATION OF INTERESTED
                                    ) ENTITIES OR PERSONS**
15 ASIAN AMERICAN RECOVERY          )
   SERVICES,                        )
16         Defendant.                )
                                    )
17                                   )
                                    )
18                                   )
                                    )
19 _____)

20      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
21 associations of persons, firms, partnerships, corporations (including parent corporations) or other
22 entities (i) have a financial interest in the subject matter in controversy or in a party to the
23 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
24 substantially affected by the outcome of this proceeding: Philadelphia Insurance Companies,
25 Defendant's liability insurance carrier.
26 //
27 //
28 Dated this 16th day of May, 2008.

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Dated this 16th day of May, 2008.

2                            Respectfully submitted,

3                            MINAMI TAMAKI LLP

6                            By: _____

7                                    Nina Paul
                                  Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS