Brad Yamauchi, SBN 73245
Nina Paul, SBN 249954
MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
E-mail byamauchi@minamitamaki.com
npaul@minamitamaki.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROCIO EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>ASIAN AMERICAN RECOVERY SERVICES,<br><br>    Defendant. | Case No. CV-08-0944<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: Friday, May 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: No. 7, 19th Floor |

### I.     JURISDICTION AND SERVICE

It is Plaintiff's burden to establish jurisdiction and to ensure that proper service occurred.

### II.     FACTS

On or around April 16, 2007, Defendant verbally informed Plaintiff that she was being laid off in June 2007 because the program through which her position was funded was ending its association with Defendant. Defendant informed Plaintiff of this again in writing on or around May 22, 2007. In June 2007, Plaintiff complained of harassment, discrimination, and defamation.

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

CASE MANAGEMENT STATEMENT

Defendant immediately investigated and found that there was insufficient evidence that wrongdoing had occurred for all of Plaintiff's complaints. Defendant believes that Plaintiff alleges otherwise.

### III.   LEGAL ISSUES

Defendant was just served with the complaint on May 2, 2008; therefore, Defendant's time to file a responsive pleading is May 22, 2008. At this time, Defendant has not had sufficient time to evaluate the legal issues in the case, but does deny all allegations.

### IV.   MOTIONS

1. To Defendant's knowledge, no motions are currently pending.
2. Defendant anticipates filing a motion for summary judgment at the appropriate time, if warranted.

### V.   AMENDMENT OF PLEADINGS

Defendant has yet to file a pleading. Defendant's responsive pleading filing deadline is May 22, 2008.

### VI.   EVIDENCE PRESERVATION

Defendant neither has nor participates in any document-destruction program, including any program that erases e-mail messages, voicemails or other electronically recorded material on an ongoing basis.

### VII.   DISCLOSURES

As provided by Federal Rule of Civil Procedure 26(a)(1)(C), Defendant will make initial disclosures within 14 days after the parties' Rule 26(f) conference.

### VIII.   DISCOVERY

As Defendant's responsive pleading is not due until May 22, 2008, Defendant has not yet created a proposed discovery plan, nor contemplated limitations or modifications of the discovery rules. Defendant anticipates taking the depositions of Plaintiff and relevant witnesses and

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -
CASE MANAGEMENT STATEMENT

participating in written discovery.

## IX. CLASS ACTION

This is not a class action.

## X. RELATED CASES

To Defendant's knowledge, there are no related cases or proceedings pending.

## XI. RELIEF

Defendant has no counterclaim that it is aware of at this time.

## XII. SETTLEMENT AND ADR

Defendant has not had sufficient time to evaluate the prospects of settlement. There have been no ADR efforts to date.

## XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

Plaintiff already challenged the assignment of Magistrate Judge Edward M. Chen. See declination filed by Plaintiff March 26, 2008 and reassignment of the case to the Honorable Maxine M. Chesney filed on April 2, 2008.

## XIV. OTHER REFERENCES

Defendant does not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multi-District Litigation.

## XV. NARROWING OF ISSUES

Defendant has not had sufficient time to determine whether the issues can be narrowed.

## XVI. EXPEDITED SCHEDULE

Defendant believes that this not the type of case that can be handled on an expedited basis with streamlined procedures.

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

### XVII. SCHEDULING

Since Defendant was recently served the Complaint, it cannot propose dates for the designation of experts, discovery cutoff, hearing of dispositive motions, and trial at this time.

### XVIII. TRIAL

Defendant requests a jury trial. Defendant cannot estimate the length of the trial at this time.

### XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

1. Along with this Case Management Statement, Defendant is filing its "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

2. Pursuant to Civil Local Rule 3-16, Defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Philadelphia Insurance Companies.

### XX. OTHER MATTERS

None.

Dated this 16th day of May, 2008.

Respectfully submitted,

MINAMI TAMAKI LLP

By: *Nina Paul*

Nina Paul

Attorney for Defendant

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 4 -

CASE MANAGEMENT STATEMENT