In the United States District Court

For the Northern District of California, Honorable Judge Maxine M. Chesney

Jane Rocio Evans, MFT
Plaintiff

Case No. C-08-0944 MMC

Vs.

Asian American Recovery Services

Regarding: Case Management Conference order

Standing order for al Judges of the Northern District of California/Contents of Joint case management Statement

Agenda items:

1. Jurisdiction and Service: Plaintiff's claims: Have not yet been paid wages for Spanish Speaking client services, as well as case management with Latino clients, when co-worker Jose Arinez was paid for these services. Employment performance Evaluation needs to be rewritten by Supervisor De Lynda de Leon, with certain statements validated, such as that plaintiff completed work tasks, especially paperwork, Treatment Plans, on a timely basis, within about 17 days, when state laws requires that treatment plans need to be completed in 60 days. Plaintiff completed all tasks that told to complete by Supervisors on a timely basis, except for some paperwork for CJP. Expectations of plaintiff hitting the ground running and completing everything perfectly on a timely basis during first few months there are unrealistic and unreasonable. Treatment Plan was evaluated by Administrative Assistant Bruce Chatfield and stated to be incorrect. This needs to be discussed, why an A.A. was evaluating Plaintiff's professional treatment Plans. Letter of reference needs to be written by de Lynda de Leon. Licensed salary still needs to be paid by Asian American Recovery services, about $10,000 extra dollars per year, a percentage of this amount in the months I was working at this Company.
2. Poor work evaluation given unjustified. Professional Marriage, Family Therapist license not paid for at PAES program, when it was paid to other professionals in other programs in the organization. Professional letter of reference and Telephone reference not given by Ms. De Leon to Plaintiff. Wrongfully accused of fraud by Administrator David in company. Letter of apology needs to be given for this.
3. Wage discrimination law violated. Confidentiality labor laws violated.
4. Motions: For Confidentiality law to be observed and respected. For wage law to be adhered to. Letter of reference written by Ms. De Leon. New new employment evaluation written.

*Jane Rocio Evans* (signature)

11. Relief: Asking for $40,000 worth of monetary relief for damages and serious harm caused.

12 Asking for date for settlement conference to be set for these monetary damages and new employment performance evaluation and letter of reference to be written and given.

13. Do not consent to have a Magistrate Judge for this purpose.

14. Willing to have arbitration, and if this is not agreed upon, then willing to have a Juidical panel.

18. Willing to have a Jury Trial if Relief is not attended to and seriously attended to by this Company.

Still need to file the Certification of Interested Entities or Persons, Plaintiff will do this soon. First time for Plaintiff attending to this.

5.

Respectfully,

*Jane Rocio Evans*

Jane Rocio Evans, MFT

RECEIVED
2008 MAY 16 P 5:43
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA