IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE ROCIO EVANS,

    Plaintiff,

v.

ASIAN AMERICAN RECOVERY SERVICES,

    Defendants.

No. C-08-0944 MMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 U.S.C. section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: May 23, 2008

Plaintiff (in pro per)