IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>ASIAN AMERICAN RECOVERY SERVICES,<br><br>    Defendants.<br>_____/ | No. C-08-0944 MMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 U.S.C. section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: May 23, 2008

_/s/ Nina Paul_

Counsel for Defendant