**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: MAY 2 3 2008

C-08-0944-MMC

JANE ROCIO EVANS  v  ASIAN AMERICAN RECOVERY SERVICES

Attorneys: JANE ROCIO EVANS (PRO SE)    NINA PAUL

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL

**ORDERED AFTER HEARING:**

Consent to Magistrate Edward M. Chen for all purposes signed in open court - case to be reassigned to Magistrate Chen.

( ) ORDER TO BE PREPARED BY: Plntf___ Deft___ Court___

(✓) Referred to Magistrate For: Settlement Conference before Mag Zimmerman
    (✓) By Court (in July 2008, his calendar permitting)
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
Type of Trial: ( ) Jury  ( ) Court
Notes: _____

CC: Wings, Lashanda, Betty (20 min)