IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C-08-0944 MMC

JANE ROCIO EVANS,

    Plaintiff,

v.

ASIAN AMERICAN RECOVERY SERVICES,

    Defendant.
                                              /

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT**

IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Edward M. Chen for all further proceedings and the entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636 ( C)).

Dated: May 23, 2008

                                                    _____
Maxine M. Chesney
United States District Judge