UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS, | Case No. C08-0944 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ASIAN AMERICAN RECOVERY SERVICES, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from June 11, 2008 at 1:30 p.m. to **August 6, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference Statement shall be filed by July 30, 2008.

Dated: May 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy