**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, Aug. 15, 2008 @ 9:00 a.m.

TIME: 2 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Evans v. Asian American Recovery Svcs. | C08-0944 MMC (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Jane Rocio Evans, Pro Se | John Ota; Lisa S. Charbonneau |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: SC 11-08

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE
- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO: 

**NOTES**

Case Settled.

G:\BZALL\FORMS\MINUTE2.wpd