**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROCIO EVANS,

       Plaintiff,

    v.

ASIAN AMERICAN RECOVERY
SERVICES,

       Defendants.

_____/

No. C-08-0944 EMC

**CLERK'S NOTICE CONTINUING
CASE MANAGEMENT CONFERENCE,
AND SETTING MOTION HEARING
AND DEADLINES**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference set for September 10, 2008, at 1:30 p.m. has been continued to **October 8, 2008, at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. No joint (or separate) Case Management Conference statement is required to be filed for the October 8, 2008 Case Management Conference.

    Additionally, a hearing on "Plaintiff's Motion to Set Aside Judgement on Record (Tape)" (*see* Docket No. 29), is set for **October 8, 2008, at 10:30 a.m.** Opposition shall be due by September 17, 2008. Reply shall be due by September 24, 2008.

Dated: August 28, 2008

RICHARD W. WIEKING, CLERK

By: _____ /s/ _____
       Leni Doyle
       Deputy Clerk

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROCIO EVANS,                                    No. C-08-0944 EMC

        Plaintiff,

     v.                                              **CERTIFICATE OF SERVICE**

ASIAN AMERICAN RECOVERY
SERVICES,

        Defendants.
_____/

     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

District of California.  On the below date, I served a true and correct copy of the attached, by placing

said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

receptacle located in the Office of the Clerk.

JANE ROCIO EVANS                          *ALL OTHER COUNSEL SERVED VIA*
P.O. Box 424886                           *ELECTRONIC FILING ("E-FILING")*
San Francisco, CA  94142

Dated:  September 4, 2008                  RICHARD W. WIEKING, CLERK


By:  _____/s/_____
        Leni Doyle
        Deputy Clerk