Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA 94142

FILED

08 SEP -3 PM 12: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

JANE ROCIO EVANS, MFT

    Plaintiff

Vs.

ASIAN AMERICAN RECOVERY
SERVICES

    Defendant

Case No. C08-0944 MMC (BZ)

NOTICE OR MOTION TO SET ASIDE
SCHELUDED HEARING IN SEPEMBER
IN ORDER TO RESCHELUDE SAME
HEARING IN OCTOBER 2008

Plaintiff is respectfully requesting of this Judge that the scheduled Hearing set for September 10th at the Federal Courthouse be rescheduled for the month of October, at the Judge's and Court's convenience, of course. Plaintiff is requesting this notice or motion based on the fact that she cannot afford to consult with a Licensed experienced attorney until September 17, 2008, due to financial hardship Plaintiff is still currently experiencing, due to having been laid off from Asian American Recovery Services. In addition, Plaintiff needs sufficient time to plan in advance her work schedule, in order to communicate this to her work supervisor and rearrange work duties. Furthermore,

Case Number: C 08-0944 MMC (BZ)                                    Page 2

Plaintiff is asking for more time, in order to submit additional exhibits and to carefully prepare for this Hearing in a responsible manner. It is Plaintiff's understanding of this case at this time that as Kavoos Bassiri communicated that De Lynda De Leon did not give a professional reference for Plaintiff to Bassiri, this was the reason Plaintiff was not hired at RAMS Company. De Leon gave the reason for this refusal to give a reference to Chung at around the time this was occurring and Plaintiff communicated this to Chung. This communication was documented in a document Chung wrote around the time, in June 2007: De Lynda: 'You have trouble getting along with Jessica and Carrie, so how I could I give a reference for you to work with them at Rams… If I give a reference to you, then my reputation will be on the line if you get fired at your next job." Plaintiff states that there is a reasonable suspicion that De Leon defined the racial harassment from Asian American Recovery Service services co-workers Jessica, Carrie and John as a personal issue from Plaintiff, rather than as a legal matter. **De Leon neglected to do her legal duty by neglecting to adhere to AARS disciplinary Policy and to communicate this matter to Chung and to call for an investigation of this matter.** AARS employee Queenette Nisima is a set to the racial discrimination from co-workers, having communicated to Plaintiff in June 2007, 'these co-workers are vicious." Co-worker Kamtha Keow communicated to Plaintiff that Carrie Langenbach had said about him: 'I am unassertive in groups.' This is the exact same statement that Plaintiff communicated to Chung at the time Chung was writing the statement, and which Chung refused to document in the statement. Bassiri communicated to Plaintiff that the reason he was not

Case No. C 08-0944 MMC (BZ) Page 3

hiring her is' because you are nonassertive in groups.' African American co-worker Arthur Henry is another set to this defamation from co-workers. De Leon communicated to Plaintiff:" a co-worker is asking me why I hired you and Arthur.' Plaintiff communicated to De Leon at the time: 'I was hired to help the Spanish-speaking clients. This co-worker needs to think about these clients instead of about themselves in this matter.' This statement is defamatory. Caucasian co-worker John said during a staff meeting' We haven't been a team since Rocio and Arthur came on board here.' This statement is defamatory and very hostile. None of these co-workers, to Plaintiff's understanding, have been disciplined or reprimanded for making these statements.

Dated: September 3, 2008

                        Respectfully,

                        *Jane Rocio Evans, MFT*

                        Jane Rocio Evans,
                        Licensed Marriage, Family Therapist