United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS, | No. C-08-0944 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ADDITIONAL TIME** |
| ASIAN AMERICAN RECOVERY SERVICES, | |
| Defendant. | |
| _____/ | |

Plaintiff has asked for additional time to complete a "response to Defendant's argument." The Court interprets this to mean that Plaintiff is asking for additional time to prepare both (1) the reply brief in support of her motion to set aside the judgment and (2) the opposition brief with respect to Defendant's motion to enforce the settlement. Both briefs were due on September 24, 2008.

///
///
///
///
///
///
///
///

1   The Court shall give Plaintiff until **October 3, 2008**, to file and serve the briefs.  The Court
2 emphasizes that the briefs must be served such that they are *received* by Defendant on October 3.  In
3 turn, the Court shall give Defendant until **October 8, 2008**, to file and serve its reply brief in support
4 of its motion to enforce the settlement.  Again, the brief must be served such that it is *received* by
5 Plaintiff on October 8.  The hearing on both motions shall still be held on **October 15, 2008**.
6   IT IS SO ORDERED.

8 Dated: September 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge